IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER WYNN RICHARD**                                       **PLAINTIFF**

v.                           **Case No. 4:24-CV-00972-LPR**

**LONOKE COUNTY,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 4th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE